AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

FILED
JAN 2 2 2019
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Edward Lee Lewis | ) | Case No. 2:19-mj-00012 |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of January 17, 2019 in the county of Kanawha in the Southern District of West Virginia, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 751(a) | Escape |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Matthew Casey Rankin, DUSM
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 01/22/2019

_____
*Judge's signature*

City and state: Charleston, West Virginia    Dwane L. Tinsley, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT

State of West Virginia)

County of Kanawha)

I, Matthew Casey Ranking, being duly sworn, depose and state as follows:

    1. I am a Deputy United States Marshal for the Southern District of West Virginia, and have been employed as a Deputy United States Marshal for approximately eleven months. Prior to my employment as a Deputy United States Marshal, I was employed with the Charleston Police Department as a law enforcement for approximately five (5) years. One of my primary duties with the United States Marshal Service is the enforcement and execution of federal arrest warrants for the Southern District of West Virginia. My duties also include assisting other agencies and departments with the enforcement and execution of state and local warrants.

    2. This affidavit is made in support of a criminal complaint against EDWARD LEE LEWIS for escape from custody from the Dismas Charities, a federal halfway house located at 113 Edgar Street, St. Albans, Kanawha County, within the Southern District of West Virginia.

    3. On March 8, 2018, the United States District Court for the Southern District of West Virginia entered a judgement order sentencing LEWIS to 18-months imprisonment in Criminal Case 2:02-cr-00042 for a revocation of supervised release.

    4. On December 20, 2018, LEWIS reported to Dismas Charites where he was lawfully confined at the direction of the Attorney General by virtue of the judgment order entered on March 8, 2018.

5. On or about January 17, 2019, the undersigned affiant received notification that at approximately 4:50 pm that day, Dismas staff were unable to account for LEWIS' whereabouts in the community. At that time, LEWIS did not have permission to be out of the Dismas facility.

6. LEWIS did not receive permission and had no authority to be absent from the Dismas Charities facility and he continues to be unaccounted for in the community.

7. Based on the above-mentioned information, the undersigned affiant is requesting a warrant for the arrest of EDWARD LEE LEWIS for violating Title 18, United States Code, Section 751(a).

_____
Matthew Casey Rankin
Deputy United States Marshal

Subscribed and sworn to before me this 22nd day of January, 2019.

_____
Honorable Dwane L. Tinsley
United States Magistrate Judge